IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:03-cr-235-WHA |
| | ) | |
| SIDNEY BRIAN BRADLEY | ) | |

**MOTION TO UNSEAL PLEA AGREEMENT**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the court to unseal the Plea Agreement on Sidney Brian Bradley because the defendant may be called as a witness for the government in an upcoming criminal trial on November 8, 2010.

Respectfully submitted this the 12th day of October, 2010.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/Monica A. Stump
                                                MONICA A. STUMP
                                                Assistant United States Attorney
                                                131 Clayton Street
                                                Montgomery, AL 36104
                                                Phone: (334) 223-7280
                                                Fax: (334) 223-7135
                                                E-mail: monica.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:03-cr-235-WHA |
| ) | |
| SIDNEY BRIAN BRADLEY ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        Respectfully submitted,

                                                        /s/Monica A. Stump
                                                        MONICA A. STUMP
                                                        131 Clayton Street
                                                        Montgomery, AL 36104
                                                        Phone: (334) 223-7280
                                                        Fax: (334) 223-7135
                                                        E-mail: monica.stump@usdoj.gov