IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:03-cr-235-WHA |
| | ) |
| SIDNEY BRIAN BRADLEY | ) |

**<u>ORDER</u>**

Upon consideration of the United States's Motion to Unseal Plea Agreement (Doc. #33), it is hereby ORDERED that the motion is GRANTED and that the Plea Agreement is hereby unsealed.

Done this 13th day of October, 2010.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE