# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1. The defendant shall serve four (4) consecutive weekends at a jail facility to be designated by the Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. Failure to report on time for service of this sentence will be considered a violation of supervision and will subject the defendant to further penalties, including revocation of supervision.

Witness: *Dennelle Thompson*
U. S. Probation Officer

Signed: *Sidney Bradley*
Probationer or Supervised Releasee

Date: August 4, 2011

Date: August 4, 2011