PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sidney Brian Bradley                    Case Number: 2:03cr235-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence: April 9, 2004

Original Offense: Conspiracy to Distribute Methamphetamine–Count 1
Use of a Firearm in Relation to a Drug Trafficking Offense–Count 4

Original Sentence: 97 months custody of BOP (37 months on Count 1 and 60 months on Count 4 to be served consecutively to the term on Count 1), followed by a 5 year term of supervised release (5 years on each count to run concurrently)

Type of Supervision: Supervised Release          Date Supervision Commenced: September 17, 2010

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[**X**]   To modify the conditions of supervision as follows:

The defendant shall serve four (4) consecutive weekends at a jail facility to be designated by the Federal Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. Failure to report on time for service of this sentence each weekend will be considered a violation of supervision and will subject the defendant to further penalties, including revocation of supervision.

## CAUSE

On July 8, 2011, while on routine patrol, a Gwinnett County Police Officer contacted Sidney Bradley at the Quik Trip gas station in Lawrenceville, Georgia. Bradley was the passenger of a silver 2007 Lexus which was illegally parked in a handicap space in the parking lot. A search of the vehicle revealed a small bag of crystal methamphetamine and various pills. The owner of the vehicle, Sharon Corsino, denied ownership of the controlled substances. Bradley also denied ownership. Bradley and Corsino were arrested and charged with Possession of Crystal Methamphetamine. Corsino was also charged with Possession of Vyvanse (Schedule II Controlled Substance).

On July 19, 2011, Bradley's charges were dismissed. The district attorney, as well as the investigator, in this case, advised that there was not enough evidence to prove that Bradley owned or was aware of the methamphetamine in the vehicle.

Bradley was arrested in Lawrenceville, Georgia, and did not have permission to leave the Middle District of Alabama. Additionally, he was associating with Corsino who was engaged in criminal activities. Therefore, the modification for weekends in jail is being recommended to address Bradley's violations. Bradley signed Probation Form 49 waiving his right to counsel and a hearing before the Court and agreed to the proposed condition. It is recommended that Your Honor order the modification as noted above.

PROB 12B
(7/93)

2

                                                       Respectfully submitted,

                              by    /s/ Donnelle Thompson
                                    U.S. Probation Officer
                                    Date: August 5, 2011

Reviewed and approved:   /s/ David Ron Thweatt
                            Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                         /s/ W. Harold Albritton
                                         SENIOR UNITED STATES DISTRICT JUDGE

                                         August 9, 2011
                                                      Date