# United States District Court

for

# Middle District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
2012 SEP 10 A 11: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Offender: Sidney Brian Bradley  Case Number: 2:03cr235-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence: April 9, 2004

Original Offense: Conspiracy to Distribute Methamphetamine/ Use of a Firearm in Relation to a Drug Trafficking Offense

Original Sentence: 97 months custody (37 months on Count 1 and 60 months on Count 4 to be served consecutively to the term on Count 1), followed by a 5 year term of supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: September 17, 2010

Assistant U.S. Attorney: Stephen P. Feaga        Defense Attorney: Terry R. Smyly

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1- Mandatory Condition:** "The defendant shall refrain from any unlawful use of a controlled substance." | On August 10, 2012, Bradley submitted a urine sample which produced a presumptive positive for methamphetamine. He admitted to consuming methamphetamine on August 6, 2012. |
| **Violation No. 2- Special Condition:** "The defendant shall participate in drug testing and/or treatment if directed by the probation officer." | On April 30, 2012, Bradley entered the Chemical Addictions Program (CAP) based on his admission to having a methamphetamine addiction and requesting substance abuse treatment. His attendance and participation in the drug treatment program were unsatisfactory; therefore, he was terminated on August 29, 2012. |

| | |
|---|---|
| **Violation No. 3-** **Special Condition:** "The defendant shall participate in drug testing and/or treatment if directed by the probation officer." | Sidney Bradley is currently enrolled in the color-code drug testing program. Bradley failed to report for drug testing on June 8, 2012; July 13, 2012; and August 28, 2012. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be revoked.
[ ]  extended for _ years, for a total term of _ years.
[ ]  Modify the conditions of supervised release as follows

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 10, 2012___

___/s/ Donnelle Thompson___
U. S. Probation Officer

Reviewed and approved: ___/s/ David Ron Thweatt___
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
SENIOR UNITED STATES DISTRICT JUDGE

_____
Date