PROB 12B
(7/93)

# United States District Court

for

# Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Sidney Brian Bradley                          Case Number:  2:03cr235-WHA

Name of Sentencing Judicial Officer:  The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence:  April 9, 2004

Original Offense:  Conspiracy to Distribute Methamphetamine–Count 1
                              Use of a Firearm in Relation to a Drug Trafficking Offense–Count 4

Original Sentence:  97 months custody of BOP (37 months on Count 1 and 60 months on Count 4 to be served consecutively to the term on Count 1), followed by a 5 year term of supervised release (5 years on each count to run concurrently)

Type of Supervision:  Supervised Release          Date Supervision Commenced:  September 17, 2010

## PETITIONING THE COURT

[ ]     To extend the term of supervision for __ years, for a total term of __ years.
[**X**]     To dismiss petition (doc. 41) and modify the conditions of supervision as follows:

**The defendant shall participate in an inpatient substance abuse treatment program at the Chemical Addictions Program (CAP), Montgomery, Alabama, and shall comply with the rules of that facility.  Upon completion of the substance abuse treatment program at CAP, the defendant shall continue long term substance abuse treatment at the Herring Houses of Dothan, Alabama, and shall remain in the program for not more than one year. The defendant shall abide by all program rules while at the Herring Houses of Dothan. The defendant shall remain in custody of the U. S. Marshals Service until a bed becomes available, at which time, he shall be released and transported to the Chemical Addictions Program by a representative of the Federal Defenders Office.**

## CAUSE

On February 28, 2012, Bradley submitted a urine sample which produced a presumptive positive result for methamphetamine.  As a result of his violation and request for drug treatment, Bradley entered the outpatient substance abuse treatment program at CAP on April 30, 2012.  His attendance and participation in the drug program were unsatisfactory; therefore, he was terminated on August 29, 2012.

On August 10, 2012, Bradley submitted a urine sample which produced a presumptive positive for methamphetamine.  He admitted to consuming methamphetamine on August 6, 2012.

Sidney Bradley is currently enrolled in the color-code drug testing program.   Bradley failed to report for drug testing on June 8, 2012; July 13, 2012; and August 28, 2012.

Based on the violations noted above, a modification for inpatient substance abuse treatment, followed by long term treatment at a residential treatment facility, is being recommended.  Bradley signed Probation Form 49 waiving his right to counsel and a hearing before the Court and agreed to the proposed condition.  Counsel for the government and for the defendant concur with the modification

of conditions. It is recommended that Your Honor dismiss the violation petition filed by the probation officer on September 10, 2012 and order the modification of conditions as noted above.

                              Respectfully submitted,

           by    /s/ Donnelle Thompson
                U.S. Probation Officer
                Date: September 14, 2012

Reviewed and approved:   /s/ David Ron Thweatt
                           Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above. It is further ORDERED that the petition (doc. 41) to revoke the term of supervised release is dismissed. The defendant shall remain in the custody of the U. S. Marshals Service until a bed becomes available, at which time, he shall be released and transported to the Chemical Addictions Program by a representative of the Federal Defenders Office. The revocation hearing currently scheduled for September 18, 2012, at 2:00 p.m. is hereby cancelled.
[ ]    Other

                              SENIOR UNITED STATES DISTRICT JUDGE

                              Date