PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Sidney Brian Bradley                                      Case Number:  2:03cr235-WHA

Name of Sentencing Judicial Officer:  The Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence:  April 9, 2004

Original Offense:  Conspiracy to Distribute Methamphetamine–Count 1
                                Use of a Firearm in Relation to a Drug Trafficking Offense–Count 4

Original Sentence:  97 months custody of BOP (37 months on Count 1 and 60 months on Count 4 to be served consecutively to the term on Count 1), followed by a 5 year term of supervised release (5 years on each count to run concurrently)

Type of Supervision:  Supervised Release            Date Supervision Commenced:  September 17, 2010

## PETITIONING THE COURT

[ ]      To extend the term of supervision for __ years, for a total term of __ years.
[**X**]    To modify the conditions of supervision as follows:

**The defendant shall reside in a Residential Reentry Center maintained or under contract to the Federal Bureau of Prisons for a term of six (6) months and shall comply with the rules of that facility. Additionally, the defendant shall participate in drug testing and/or treatment if directed by the probation officer.**

### CAUSE

On July 24, 2013, Sidney Bradley reported to the probation office in compliance with the color-code drug testing program. Bradley submitted a urine sample which produced a presumptive positive for methamphetamine. He admitted to using methamphetamine on July 19, 2013.

This officer confronted Bradley regarding his illegal drug use. He admitted to using methamphetamine and requested drug treatment. This latest positive test is Bradley's third positive urine sample that he has submitted since being on supervision. On April 12, 2011 and February 28, 2012, Bradley submitted positive urine samples for methamphetamine. As a result of his illegal drug use and desire for treatment, he was enrolled in outpatient drug treatment at the Chemical Addictions Program (CAP) in Montgomery, Alabama. Bradley was subsequently terminated from the program for failing to attend scheduled meetings. In September 2012, he was accepted in an inpatient drug treatment program at CAP and subsequently completed the program in October 2012. Upon completion, he continued long term substance abuse treatment at the Herring Houses of Dothan, Alabama. Bradley completed the minimal requirements of the program and was discharged on March 29, 2013. In light of the drug treatment programs that Bradley has completed, he is now requesting more treatment. He is currently unemployed and continues to consume illegal substances; therefore, a residential reentry center will allow Bradley to participate in drug treatment and assist him in obtaining employment.

Based on the violation noted above, the probation officer recommends a modification for residential reentry placement for a term of six months. Bradley signed Probation Form 49 waiving his right to counsel and a hearing before the Court and agreed to the proposed condition. It is recommended

     that Your Honor order the modification of conditions as noted above.

                                           Respectfully submitted,

                             by    /s/ Donnelle Thompson
                                      U.S. Probation Officer
                                      Date:  August 7, 2013

Reviewed and approved:   /s/ David Ron Thweatt
                          Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                     /s/ W. Harold Albritton
                                      SENIOR UNITED STATES DISTRICT JUDGE

                                     August 8, 2013
                                                    Date