AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: SIDNEY BRIAN BRADLEY
CASE NUMBER: 2:03cr235-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months, with no supervision to follow. It is ORDERED that the term of supervised release imposed on April 9, 2004, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _December 17, 2013_ to _FCC Yazoo City Low_ at _Yazoo City, Mississippi_ with a certified copy of this judgment.

_Bonita Mosley, Warden_
~~UNITED STATES MARSHAL~~

By _A. Bah, CSO_
~~DEPUTY UNITED STATES MARSHAL~~

RETURNED AND FILED

DEC — 2013

U.S. DISTRICT CLERK
DISTRICT COURT
DIST. OF ALA.